AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAR 2 5 2008

JOHN F. CORCORAN, CLERK
BY: H. McDonald
      DEPUTY CLERK

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Robert Lee Trent, Jr. | ) Case No: 4:97CR70004-008 |
| | ) USM No: 07906-084 |
| Date of Previous Judgment: January 28, 1999 | ) |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
   ☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____250_____ months **is reduced to** _____208_____.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: _____37_____        Amended Offense Level: _____35_____
Criminal History Category: _____I_____      Criminal History Category: _____I_____
Previous Guideline Range: __210__ to __262__ months      Amended Guideline Range: __168__ to __210__ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated __1/28/1999__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 3-25-08

Effective Date: ~~3/3/08~~ 4-7-08
(if different from order date)

Judge's signature

Jackson Kiser, Senior United States District Judge
Printed name and title

Case 4:97-cr-70004-JLK   Document 309   Filed 03/25/08   Page 1 of 1   Pageid#: 111